No. D–380.   IN RE DISBARMENT OF DESMOND.   It is ordered that Francis Patrick Desmond, of Thornton, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig.   UNITED STATES v. LOUISIANA ET AL.   Motion of the Special Master for additional partial payment by Mississippi for services granted, and the Court approves payment of $12,500.00.   JUSTICE MARSHALL took no part in the consideration or decision of this motion.   [For earlier order herein, see, e. g., 459 U. S. 963.]

No. 80, Orig.   COLORADO v. NEW MEXICO ET AL.   Motion of New Mexico for leave to file a reply brief granted.   Exceptions of New Mexico to the Additional Factual Findings of the Special Master are set for oral argument in due course.   [For earlier order herein, see, e. g., 463 U. S. 1204.]

No. 80–1577.   CITY OF MESQUITE v. ALADDIN'S CASTLE, INC., 455 U. S. 283.   Motion of appellant to recall the judgment of this Court denied.

No. 82–958.   MCDONOUGH POWER EQUIPMENT, INC. v. GREENWOOD ET AL.   C. A. 10th Cir.   [Certiorari granted, 462 U. S. 1130.]   Motion of Sheila Brewer for leave to file a brief as amicus curiae out of time denied.

No. 82–1005.   CHEVRON U.S.A. INC. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;
No. 82–1247.   AMERICAN IRON & STEEL INSTITUTE ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and
No. 82–1591.   RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.   C. A. D. C. Cir.   [Certiorari granted, 461 U. S. 956.]   Motion of United Steelworkers of America, AFL–CIO–CLC, for leave to file a brief as amicus curiae granted.

No. 82–1246.   BOSE CORP. v. CONSUMERS UNION OF UNITED STATES, INC.   C. A. 1st Cir.   [Certiorari granted, 461 U. S. 904.]   Motion of Marie Shibuya-Snell, Director of the California Department of Consumer Affairs, for leave to file a brief as amicus curiae out of time denied.